IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**RICHARD ALAN DAVIS**                                                             **PLAINTIFF**
**ADC #89568**

v.                       **Case No. 5:15-cv-00105 KGB/PSH**

**TONDA L. SPENCER,** *et al*                                       **DEFENDANTS**

## ORDER

Before the Court are the Proposed Findings and Recommendations, including a partial recommended disposition, submitted by United States Magistrate Judge Patricia S. Harris (Dkt. No. 49), plaintiff Richard Alan Davis's objections (Dkt. No. 51), and Mr. Davis's motion to extend time to file objections (Dkt. No. 50). For good cause show, Mr. Davis's motion to extend time is granted (Dkt. No. 50). The Court considers his objections timely filed.

The Court has reviewed the Proposed Findings and Recommendations and Mr. Davis's objections and has made a *de novo* review of the record in this case. The Court concludes that the Proposed Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

It is therefore ordered that:

1. The motion for partial summary judgment filed by defendants Terrie L. Banister, Wendy Kelley, Raymond Naylor, and Lorie A. Taylor is granted (Dkt. No. 23), and the Court dismisses without prejudice Mr. Davis's claims against defendants Banister, Kelley, Naylor, and Taylor.

2. Mr. Davis's motion for summary judgment is denied (Dkt. No. 30).

SO ORDERED this 4th day of January, 2016.

_____
Kristine G. Baker
United States District Judge