**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**RICHARD ALAN DAVIS**                                                                **PLAINTIFF**
**ADC #89568**

v.                          Case No. 5:15-cv-00105 KGB/PSH

**TONDA L. SPENCER,** *et al*                                                         **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered on this date, plaintiff Richard Alan Davis' complaint is dismissed without prejudice with respect to his claims against separate defendants Terrie L. Banister, Wendy Kelley, Raymond Naylor, and Lorie A. Taylor.  His claims against Tonda Spencer, Chamoz Jones, Yulinda Campbell, Cynthia Rose Reed, Randy Watson and Flora Washington are dismissed with prejudice.  The relief sought is denied.

So adjudged this the 28th day of March, 2017.

_____
Kristine G. Baker
United States District Judge